<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

| | |
|---|---|
| UNITED STATES OF AMERICA )  ) Criminal Action  ) No. 05-00670-2  vs. )  ) KEVIN T. ORTEGA, )  ) Defendant ) | |

O R D E R

NOW, this 31st day of October, 2008, upon consideration of the Supplemental Motion to Withdraw Plea of Guilty filed February 4, 2008 by defendant Kevin T. Ortega; upon consideration of the Government's Response to Defendant's Supplemental Motion to Withdraw Plea of Guilty, which response was filed February 6, 2008; after hearing and oral argument on February 7, 2008; and for the reasons expressed in the accompanying Opinion,

<u>IT IS ORDERED</u> that the Supplemental Motion to Withdraw Plea of Guilty is denied.

BY THE COURT:

<u>  /s/ James Knoll Gardner  </u>
James Knoll Gardner
United States District Judge